# REGIS FERNANDEZ
ATTORNEY AT LAW

18 GREEN STREET
THIRD FLOOR
NEWARK, NEW JERSEY 07102

TEL: (973) 297-0002
FAX: (973) 297-0003
EMAIL: regisfernandez@aol.com

Via Electronic Filing

May 17, 2006

Hon Joel A. Pisano
US District Court, New Jersey
US Post Office & Courthouse Building
Federal Square
Newark, NJ 07101

Re:   Janneh v. Gonzales, Civil Docket No. 06-1895 (JAP)
      Request for Dismissal

Dear Judge Pisano:

I represent the Petitioner in the above-captioned habeas action. I learned today that my client was released by the Respondents.

Pursuant to FRCP 41, the purpose of this letter is to request a voluntary or stipulated dismissal of this civil action considering that Mr. Janneh has been released.

On behalf of my client I am also writing to thank my adversary and the court in helping resolve this matter.

Respectfully Submitted,


s/ Regis Fernandez
Regis Fernandez, Esq.

cc:   Susan Steele, Esq.
      Assistant United States Attorney
      970 Broad Street, 7th Fl.
      Newark, NJ 07102